SEPTEMBER 11, 1942

**No. 5721.**—─*North American Mercantile Co.* v. *United States.* Entered at San Francisco, Calif., Reap. Dec. 5680. Motion by plaintiff.